IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLY BELLAMY,**

*Plaintiff*,

v.                                                  Case No.: 4:26cv23-MW/MAF

**FLORIDA DEPARTMENT OF
VOCATIONAL REHABILITATION,**

*Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections, ECF No. 11. This Court agrees with Plaintiff inasmuch as she contends her first amended complaint contains detailed factual allegations concerning her pursuit of services from Defendant. However, having reviewed the detailed factual allegations in the first amended complaint, this Court concludes that Plaintiff has failed to allege facts that, taken as true and construing all reasonable inferences in her favor, give rise to plausible claims for disability discrimination under the ADA and retaliation under the Rehabilitation Act.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 8, is **accepted and adopted** over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's first amended complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted." The pending motion, ECF No. 12, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on March 9, 2026.**

                                 s/Mark E. Walker  
                                 **United States District Judge**